SEALED

SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
SKYLER PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED CRIMINAL COMPLAINT |
| Plaintiff, | Case No. 2:25-mj- 00663-BNW |
| v. | VIOLATIONS: |
| GUY ROLLEN MIRANDA, | 18 U.S.C. § 113(a)(3)<br>Assault with a Dangerous Weapon, with Intent to do Bodily Harm |
| Defendant. | 18 U.S.C. § 113(a)(4)<br>Assault by Striking, Beating, or Wounding |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, states that:

### COUNT ONE
Assault with a Dangerous Weapon, Intent to do Bodily Harm
(18 U.S.C. § 113(a)(3))

On or about September 2, 2025, within the special maritime and territorial jurisdiction of the United States, specifically, within the boundaries of the Lake Mead National Recreation Area, Clark County, Nevada,

**GUY ROLLEN MIRANDA,**

defendant herein, assaulted A.T., with a dangerous weapon, to wit, a sword, intending to do bodily harm, all in violation of 18 U.S.C. § 113(a)(3).

## COUNT TWO
Assault by Striking, Beating, or Wounding
(18 U.S.C. § 113(a)(4))

On or about September 2, 2025, within the special maritime and territorial jurisdiction of the United States, specifically, within the boundaries of the Lake Mead National Recreation Area, Clark County, Nevada,

**GUY ROLLEN MIRANDA,**

defendant herein, assaulted A.T. by striking her with a sword and causing deep lacerations to her leg, all in violation of 18 U.S.C. § 113(a)(4).

## PROBABLE CAUSE AFFIDAVIT

Your Complainant, Christopher J. Raynolds, as a Park Ranger with the National Park Service, states the following as and for probable cause:

1. I have been employed as a law enforcement officer with the National Park Service (NPS) in the Lake Mead National Recreation Area, Clark County, Nevada, for over 20 years.

2. As part of my duties, I investigate criminal violations of law on federal land. Through my employment as a Ranger with the National Park Service, I have received specialized training in the enforcement of federal laws. My training and experience have involved, among other things, dealing with disorderly, assaultive and emotionally disturbed individuals.

3. The following information used to support this Complaint was derived from reports of information obtained from investigations conducted by law enforcement related to the incident or my own personal investigation.

4. This Complaint contains information necessary to support probable cause to believe that the criminal offenses described herein were committed by the defendant, **GUY**

**ROLLEN MIRANDA**, and is not intended to include each and every fact and matter observed or known by me. Moreover, to the extent that this Complaint contains statements by witnesses, those statements are set forth only in part and in substance and are intended to accurately convey the information, but not to be verbatim recitations.

## FACTS ESTABLISHING PROBABLE CAUSE

5. On September 2, 2025, National Park Service Rangers George Brecht and Chevy Johnson were on routine patrol within the boundaries of the Lake Mead National Recreation Area, Clark County, Nevada.

6. At about 9:30 PM Rangers Brecht and Johnson responded to site 30 at the Las Vegas Bay Campground to a report of a woman being assaulted. The call came into the Lake Mead Interagency Communications Center from the victim A.T. who told the dispatcher that she was struck with a sword and was bleeding from her knee.

7. Ranger George Brecht contacted the victim identified as A.T. who was seated in a gold 1985 Ford sedan at campground site 30. A.T. had an approximate 3-inch laceration below her right kneecap that was cut completely through the skin and underlying tissue and a 1.5-inch abrasion to her left knee. A.T. stated that **GUY ROLLEN MIRANDA** had struck her leg with a sword and that he had left the area before Rangers had arrived.

8. A.T. was interviewed on scene by Ranger Brecht and the next day, September 3, 2025, at Henderson Hospital, by National Park Service Special Agent Betsy Smith. During these interviews, A.T. stated that she has been in a relationship with **MIRANDA** for approximately three months and they are currently living together. A.T. stated that **MIRANDA** has been violent towards her on many occasions over those three months. He has struck her in the face in the past; however, this is the first time he has used a weapon against her. A.T. described the incident, stating that **MIRANDA** had been upset

3

and stated he was having a bad day. He was yelling at her and coming in and out of the tent where she was located. The last time he came into the tent he broke a tent pole. A.T. said that she felt threatened and feared that **MIRANDA** was going to beat her again. A.T. picked up the sword to defend herself, and **MIRANDA** stated something to the effect of "oh now you're going to pull a weapon?" A.T. stated to **MIRANDA**, "if you're going to hit me, I'm going to defend myself." **MIRANDA** physically overpowered A.T. and took the sword away from her. **MIRANDA** stated, "I will fuck you up", held the sword like a baseball bat and then swung it at her cutting her right leg below the knee. Afterward, when **MIRANDA** realized that A.T. had called 911, he stated, "I'm not going back to jail" and ran off into the desert.

9. Ranger Johnson along with other responding rangers secured the area and began a search for **GUY ROLLEN MIRANDA**. Rangers were able to locate a sword in the desert near campsite 30 which appeared to be the one used in the assault. A search of the area was conducted along with NPS K-9's. The Las Vegas Metropolitan Police Department was requested and assisted the rangers with a search with both land and air resources however **MIRANDA** was not located and is still at large.

//
//
//
//
//
//
//

## CONCLUSION

10. Based upon the information set forth in this application, I respectfully submit that there is probable cause to believe that **GUY ROLLEN MIRANDA** violated Title 18 U.S.C. §§113(a)(3), and 113(a)(4) as described above.

_____
CHRISTOHER RAYNOLDS,
Park Ranger
National Park Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means on this __5th__ day of September 2025.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

5